[No. 47176-7-I. Division One. August 19, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY PAUL JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-50323-2, Richard A. Jones, J., entered August 16, 2000. *Affirmed* by unpublished per curiam opinion. Now published at 113 Wn. App. 482.

[No. 47615-7-I. Division One. August 19, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. RASHOD JONES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-04328-3, Richard A. Jones, J., entered October 9, 2000. *Reversed* by unpublished per curiam opinion.

[No. 47983-1-I. Division One. August 19, 2002.]

JAY GLEN PERELMAN, *Appellant*, v. CARL LEWIS SMITH, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 98-2-01318-1, David A. Nichols, J., entered November 6, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 48022-7-I. Division One. August 19, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. RENE HAYDEL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-05616-3, Anthony P. Wartnik, J., entered January 5, 2001. *Affirmed* by unpublished per curiam opinion.